# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR, ERIN CAPRON, and JEFFREY PENEDO, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, and MAURA T. HEALEY, IN HER CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 1:16-cv-11777 |

## FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3(A) DISCLOSURE STATEMENT OF CULTURAL CARE, INC., D/B/A CULTURAL CARE AU PAIR

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), Plaintiff Cultural Care, Inc., d/b/a Cultural Care Au Pair certifies that its parent corporation is Cultural Care Management, Inc., and that no publicly held company owns 10% or more of its stock.

7726786v1

                                      CULTURAL CARE, INC.,
                                      d/b/a CULTURAL CARE AU PAIR

                                      By its attorneys,


                                      /s/ *Joan A. Lukey*
                                      Joan A. Lukey
                                      joan.lukey@choate.com
                                      Justin J. Wolosz
                                      jwolosz@choate.com
                                      CHOATE HALL & STEWART LLP
                                      Two International Place
                                      Boston, Massachusetts  02110
                                      Telephone:  (617) 248-5000
Dated:  August 31, 2016           Fax:  (617) 248-4000

7726786v1