UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CULTURAL CARE, INC.,                    *
ERIN CAPRON, and JEFFREY                *
PENEDO,                                 *
            Plaintiffs,                 *
                                        *
      v.                                *        Civil Action No. 16-cv-11777-IT
                                        *
OFFICE OF THE ATTORNEY                  *
GENERAL OF THE COMMONWEALTH             *
OF MASSACHUSETTS and MAURA T.           *
HEALEY,                                 *
            Defendants.                 *

ORDER OF DISMISSAL

August 2, 2017

TALWANI, D.J.

       Having allowed Defendants' motions to dismiss the claims against them pursuant to

Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, this matter is dismissed.

The clerk shall close the case.

       IT IS SO ORDERED.

                                        /s/ Indira Talwani
                                        United States District Judge