# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR, ERIN CAPRON, and JEFFREY PENEDO,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, and MAURA T. HEALY, IN HER CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendants. | Civil Action No. 1:16-cv-11777-IT |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Cultural Care, Inc. d/b/a Cultural Care Au Pair, Erin Capron and Jeffrey Penedo, plaintiffs in the above-named case (collectively "Plaintiffs"), hereby appeal to the United States Court of Appeals for the First Circuit from:

- The Court's June 20 order in open court and June 21 written order (ECF No. 33) denying Plaintiffs' Motion for Leave to File a Second Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss;

- the Court's August 1, 2017 Memorandum and Order (ECF No. 37) allowing Defendants' motion to dismiss;

- the Court's August 2, 2017 Order of Dismissal (ECF No. 38);

- the Court's October 26, 2017 Order (ECF No. 44) denying Plaintiffs' Rule 59(e) Motion Requesting that the Court Reconsider the Dismissal Opinion, Vacate the Judgment, and Allow the Case to Proceed as Pled, or, in the Alternative, that the Court Vacate the Judgment and Allow Plaintiffs Leave to File an Amended Complaint Pursuant to Rule 15(a)(2) and to Supplement the Record; and

- any remaining adverse orders subsumed into the foregoing.

      Respectfully Submitted,

      CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR, ERIN CAPRON, and JEFFREY PENEDO,

      By their attorneys,

      */s/ Joan A. Lukey*
      Joan A. Lukey (BBO#: 307340)
      joan.lukey@choate.com
      Justin J. Wolosz (BBO#: 643543)
      jwolosz@choate.com
      CHOATE, HALL & STEWART LLP
      Two International Place
      Boston, MA 02110
      Tel.: (617) 248-5000
Date: November 20, 2017      Fax: (617) 248-4000

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Joan A. Lukey*