# United States Court of Appeals
## For the First Circuit

No. 17-2140

ERIN CAPRON; JEFFREY PENEDO; CULTURAL CARE, INC., d/b/a Cultural Care Au Pair,

Plaintiffs, Appellants,

v.

OFFICE OF THE ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS; MAURA T. HEALEY, in her capacity as Attorney General of the Commonwealth of Massachusetts,

Defendants, Appellees.

### JUDGMENT

Entered: December 2, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Joan A. Lukey
Justin Joseph Wolosz
Robert E. Toone Jr.
Elizabeth A. Kaplan
Faith Kalman Reyes
Donna Ackermann Mizrahi
Ryan Patrick McManus
Audrey R. Richardson
Benjamin Richard Botts
Meredith B. Stewart

Gillian B. Gillers
Marley Brumme
Catherine Fisher
Rocio Alejandra Avila
Sharon Swingle
Alisa Beth Klein
Michael Shih
Dawn L. Smalls
Juan Valdivieso
Byron Pacheco
Sean Rodriguez
David Hollis Seligman