# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 22, 2020

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  Erin Capron, et al.
          v. Office of the Attorney General of the Commonwealth of
          Massachusetts, et al.
          No. 19-1031
          (Your No. 17-2140)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this petition.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk